IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
El DORADO DIVISION

MARION T. CALHOUN, JR.                                                                 PLAINTIFF

V.                                      CASE NO. 07-1057

UNITED STATES OF AMERICA,
SOUSAN CHAICHIAN, SHENEH ALAEE,
MID-SOUTH HEATING & AIR CONDITIONING, INC.,
AND RHEEM MANUFACTURING COMPANY                                    DEFENDANTS

## ORDER

Before the Court is Plaintiff Marion T. Calhoun, Jr.'s Motion to Dismiss with Prejudice. (Doc. 33). Plaintiff has declared that the claims and causes of action herein have been resolved. Plaintiff moves the Court to dismiss the above-styled cause of action with prejudice. Accordingly, the Motion to Dismiss with Prejudice is hereby GRANTED. The above-styled cause of action is hereby DISMISSED WITH PREJUDICE.

IT IS SO ORDERED, this 1st day of April, 2009.

    /s/ Harry F. Barnes
Hon. Harry F. Barnes
United States District Judge